IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MARSHALL MACKLER, et al.**<br>Plaintiffs,<br>v.<br>**SME, INC. USA, et al.**<br>Defendants. | CIVIL ACTION NO. 23-4353 |

## ORDER

**AND NOW,** this 8th day of August 2024, upon consideration of Defendants' Motion to Transfer [Doc. No. 10] and the response and replies thereto, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that the Motion is **GRANTED**. It is further **ORDERED** that the Clerk of Court is **DIRECTED** to **TRANSFER** this case to the Clerk of Court for the Eastern District of North Carolina and to **CLOSE** the case in the Eastern District of Pennsylvania.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**